# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1619

_____

Chantharangsy Khamvongsa,        *
       *
           Appellant,        *
       *    Appeal from the United States
      v.        *    District Court for the Western
       *    District of Missouri.
       *
Warden Marty Anderson,        *
       *    [UNPUBLISHED]
           Appellee.        *

_____

Submitted: February 9, 2010
Filed: February 23, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Chantharangsy Khamvongsa, a federal inmate currently incarcerated in Missouri, appeals the district court's[1] denial of relief under 28 U.S.C. § 2241. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.